PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00124-SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL PRE-TRIAL SERVICES MEMO & PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| HERNAN CRUZ-MORENO, | |
| Defendant. | |

The government moves the Court to unseal the Pre-trial Services Memo ("Memo") and Petition for Action on Conditions of Pretrial Release ("Petition") [ECF #55 & 57 in M.D. Fla. Docket] in this case. On October 19, 2023, the defendant was arrested and will make his appearance on the Petition on October 20, 2023. Therefore, the Memo and Petition should be unsealed to advise the defendant of the charges against him.

Dated: October 19, 2023

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney

1

1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00124-SKO |
| --- | --- |
| Plaintiff, | ORDER TO UNSEAL PRE-TRIAL SERVICES MEMO & PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| HERNAN CRUZ-MORENO, | |
| Defendant. | |

19
        Good cause appearing due to the defendant's pending appearance in this case, it is ordered that
20
   the Pre-trial Services Memo and Petition for Action on Conditions of Pretrial Release [ECF # 55 & 57 in
21
   M.D. Fla Docket] in the case be UNSEALED.
22
        IT IS SO ORDERED.
23

24
   DATED: October 19, 2023
25
                                              _Sheila K. Oberto_
26                                            HON. SHEILA K. OBERTO
                                              UNITED STATES MAGISTRATE JUDGE
27

28

                                         2